IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMUNDO A. JAIME,

        Petitioner,        Civ-S-00-1235 DFL CMK P

    v.

                              O R D E R

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

        Respondents.

_____/

    Petitioner has filed a notice of appeal of this court's September 26, 2005 denial of his application for a writ of habeas corpus. Before petitioner may appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

    Under 28 U.S.C. § 2253 a certificate of appealability is warranted only if the case presents a "substantial question," i.e., one that is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to

deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

For the reasons set forth in the September 26, 2005 order denying defendant's petition for habeas corpus, defendant has not made a substantial showing of the denial of a constitutional right.  Accordingly, petitioner's application for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated: 12/19/2006

_____
DAVID F. LEVI
United States District Judge